UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY AS SUBROGEE OF KERRY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 23-cv-05195-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AND RESETTING CASE MANAGEMENT CONFERENCE TO FEBRUARY 29, 2024 AT 1:30 PM.** |

Plaintiff Allstate Northbrook Indemnity Company filed this action on October 11, 2023. ECF No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's last day to complete service on Defendant United States of America or to file a motion for administrative relief from the service deadline was January 9, 2024. The docket does not indicate that Plaintiff has completed service or that Defendant has waived service of summons. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. Id. The 90-day deadline for completing service has passed, and no showing of good cause has been made to extend the deadline. No party filed a case management statement in advance of the January 11, 2024 Initial Case Management Conference. See ECF No. 5. Plaintiff's counsel also failed to appear for the Case Management Conference.

Accordingly, Plaintiff shall file a response no later than fourteen days from the date of this Order and show cause why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. Plaintiff's failure to respond to this Order by the deadline may result in a report and recommendation by the undersigned that this

case be dismiss for failure to prosecute.  The Initial Case Management Conference is hereby reset to February 29, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 12, 2024

LISA J. CISNEROS
United States Magistrate Judge

2